**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO.    1:10-CR-489-CAP |
| | * | |
| RI HONG ZHENG | * | **MOTION TO AMEND PRO HAC VICE** |
| | * | **APPLICATION TO INCLUDE CASE** |
| Defendant. | * | **NUMBER 1:10-CR-489-CAP** |
| | * | |
| | * | |
| | * | |
| | * | |

TO: SALLY QUILIAN YATES, UNITED STATES ATTORNEY; BRIAN PEARCE,

ASSISTANT UNITED STATES ATTORNEY; AND UNITED STATES PROBATION

  Now comes the defendant, RI HONG ZHEND, by and through undersigned

counsel, George Chakmakis, Jr., who hereby moves this Court for an order modifying the

order admitting Defendant's counsel pro hac vice in case number 1:10-cr-00161-CAP-LTW

to include the instant case.

**1.**

**INTRODUCTION**

  On May 13, 2010, counsel for Defendant filed an application to appear Pro Hac

Vice on behalf of Defendant in case number 1:10-cr-00161-CAP-LTW.   (See Docket entry

30 in case number1:10-cr-00161-CAP-LTW.)   On May 17, 2010, the Court approved

Defendant's counsel's application to appear Pro Hac Vice on behalf of Defendant which the

Court confirmed on the May 20, 2010 docket entry in case number1:10-cr-00161-CAP-LTW.

On November 22, 2010, Defendant entered a guilty plea in this matter.   As part of the guilty plea, the charges against Defendant in case number 1:10-cr-00161-CAP-LTW were dismissed and Defendant pleaded to a misdemeanor which was filed as a new indictment with a new case number, 1:10-CR-489-CAP.   The case is currently set for sentencing for Defendant and her husband, co-defendant, Yi Guo Dong who entered his plea under the first indictment filed under case number 1:10-cr-00161-CAP-LTW.    On February 10, 2011, Judge Hatten sent Defendant's counsel a letter indicating that counsel may be subject to filing a new application for Pro Hac Vice in case number 1:10-CR-489-CAP.

## 2.

## DEFENDANT REQUESTS THAT COUNSEL BE ADMITTED PRO HAC VICE IN THE INSTANT CASE

Based upon the procedural posture in this case and the fact that Defendant's counsel has already been admitted to represent Defendant in case number 1:10-cr-00161-CAP-LTW where Defendant entered a plea to a charge added under a new indictment but related to the same case, Defendant's counsel request an order, Nunc Pro Tunc if necessary, admitting Defendant's counsel Pro Hac Vice in the instant case.

### 3.

### CONCLUSION

Based upon the above reasons, the defendant requests that this Honorable Court grant her motion to admit counsel Pro Hac Vice without further application in the instant case.

Dated: This 10th day of March , 2011.

Respectfully submitted,
/S/ George Chakmakis
GEORGE CHAKMAKIS
CA State Bar No. 162634
Admitted Pro Hac Vice in case 1:10-cr-00161-CAP-LTW

James M. Cavin
For the firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092
(707) 925-0111
As Local Counsel Under Local Rule 83.1

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the Defendant's **MOTION TO AMEND PRO HAC VICE**

**APPLICATION TO INCLUDE CASE NUMBER 1:10-CR-489-CAP** was prepared and that

I have caused a copy to be electronically   mailed to the following   attorney of record:

Honorable Brian Pearce
Assistant U. S. Attorney
75 Spring Street, Suite 600
Atlanta, GA 30303

This the 10th day of March, 2011.

/S/   George Chakmakis
Pro Hac Vice in case1:10-cr-00161-CAP-LTW
CA State Bar #162634


George Chakmakis
CHAKMAKIS & ASSOCIATES
301 N. Canon Drive, Suite #315
Beverly Hills, CA 90210
Telephone (310)550-1555
Facsimile (310)550-1151